UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PAULA DIAZ-ORTIZ

**Plaintiff(s)**

v.                                                                    CIVIL NUMBER:   98-1369 (JAG)

THE COMMONWEALTH OF
PUERTO RICO, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/02/01<br>**Title:** Motion for Leave to Reply<br>    Local Rule 311(7)<br>**Docket(s):** 24<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date:  April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge