IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PAULA DIAZ-ORTIZ

    **Plaintiff(s)**

    v.                               CIVIL NO. 98-1369 (JAG)

THE COMMONWEALTH OF PUERTO
RICO, et al

    **Defendant(s)**

---

## JUDGMENT

Having entered an Opinion and Order on June 12, 2001, the Court enters Judgment:

(1) Dismissing plaintiff Paula Díaz-Ortiz' claims based on the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §621 *et seq* with prejudice on the grounds of immunity; and

(2) Dismissing without prejudice the pendent state law claims for lack of supplemental jurisdiction.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of June, 2001.

                                                JAY A. GARCIA-GREGORY
                                                U.S. District Judge